Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Personal Lawn Care LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4027837** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**10425 Earnshaw St**<br>**Lenexa, KS 66215**<br>Number, Street, City, State & ZIP Code<br><br>**Johnson**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Personal Lawn Care LLC**                                              Case number (*if known*)
           Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5617__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | **Personal Lawn Care LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Personal Lawn Care LLC** Case number (*if known*)
Name

☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 4

| Debtor | **Personal Lawn Care LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 14, 2025**
MM / DD / YYYY

X **/s/ Lamar Peterson**          **Lamar Peterson**
Signature of authorized representative of debtor          Printed name

Title  **Owner**

**18. Signature of attorney**

X **/s/ George J Thomas**          Date **January 14, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**George J Thomas 19230**
Printed name

**Phillips & Thomas LLC**
Firm name

**5251 W 116th Place**
**Suite 200**
**Leawood, KS 66211**
Number, Street, City, State & ZIP Code

Contact phone  **913-385-9900**          Email address  **geojthomas@gmail.com**

**19230 KS**
Bar number and State

Case 25-20033   Doc# 1   Filed 01/14/25   Page 5 of 10

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

Fill in this information to identify the case:
Debtor name: **Personal Lawn Care LLC**
United States Bankruptcy Court for the: **DISTRICT OF KANSAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Lowes Rewards PO Box 103080 Roswell, GA 30076 | | business credit card | | | | $1,000.00 |
| American Express National Bank PO Box 5207 Fort Lauderdale, FL 33310-5207 | | business credit card | | | | $12,000.00 |
| Andrews Bank 5711 Allentown Rd Suitland, MD 20746 | | business credit card | | | | $10,000.00 |
| Arvest Bank 125 W Central Ave Bentonville, AR 72712 | | business credit card | | | | $15,000.00 |
| BHG 201 Solar St Syracuse, NY 13204 | | debt consolidation loan | | | | $85,000.00 |
| Capital One/Walmart PO Box 71083 Charlotte, NC 28272 | | business credit card | | | | $5,000.00 |
| Central Bank of the Midwest 1420 NW Vivion Rd Ste 105 Kansas City, MO 64118 | | business credit card | | | | $10,000.00 |
| Communityamerica Cu 9777 Ridge Dr Lenexa, KS 66219 | | business credit card | | | | $8,000.00 |
| Dell Financial 2012 Corporate Lane Ste 108 Naperville, IL 60563 | | line of credit | | | | $4,000.00 |

Debtor **Personal Lawn Care LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Home Depot Credit Services** PO Box 9001030 Louisville, KY 40290 | | business credit card | | | | $5,000.00 |
| **IRS** PO Box 7346 Philadelphia, PA 19101-7346 | | taxes | | | | $30,000.00 |
| **John Deere Financial** 6400 NW 86th St Johnston, IA 50131 | | line of credit | | | | $800.00 |
| **Kansas Dept of Revenue** Division of Taxation 120 SE 10th Ave PO Box 3506 Topeka, KS 66625 | | taxes | | | | $7,000.00 |
| **Mazuma Credit Union** 7260 W 135th St Overland Park, KS 66223 | | business credit card | | | | $3,000.00 |
| **OnDeck** 3050 Peachtree Rd Nw Ste 240 Atlanta, GA 30305 | | debt consolidation loan | | | | $23,000.00 |
| **Paypal** 301 Lacey St West Chester, PA 19382 | | debt consolidation loan | | | | $27,000.00 |
| **Quicktrip/Wex Bank** 5858 Westheimer Rd 5th Floor Houston, TX 77057 | | gas card | | | | $5,000.00 |
| **Quill** PO Box 37600 Philadelphia, PA 19101 | | line of credit | | | | $500.00 |
| **Sams Club** 3260 Tinman Dr Ste 175 Bensalem, PA 19020 | | business credit card | | | | $8,000.00 |
| **SBA** PO Box 3918 Portland, OR 97208 | | business loan | | | | $153,000.00 |

| | | |
|---|---|---|
| American Express Blue<br>PO Box 360002<br>Chicago FL 33336-0002 | Dell Financial<br>2012 Corporate Lane<br>Ste 108<br>Naperville IL 60563 | Mazuma Credit Union<br>7260 W 135th St<br>Overland Park KS 66223 |
| American Express Lowes Rewards<br>PO Box 103080<br>Roswell GA 30076 | Dell Financial<br>PO Box 6403<br>Carol Stream IL 60197 | OnDeck<br>3050 Peachtree Rd Nw<br>Ste 240<br>Atlanta GA 30305 |
| American Express National Bank<br>PO Box 5207<br>Fort Lauderdale FL 33310-5207 | Home Depot Credit Services<br>PO Box 9001030<br>Louisville KY 40290 | Paypal<br>301 Lacey St<br>West Chester PA 19382 |
| Andrews Bank<br>5711 Allentown Rd<br>Suitland MD 20746 | Internal Revenue Service<br>Special Procedures Branch<br>271 W 3rd St N   Ste 3000<br>STOP 5333 WIC<br>Wichita KS 67202 | Paypal Credit<br>PO Box 5138<br>Lutherville Timonium MD 21094 |
| Arvest Bank<br>125 W Central Ave<br>Bentonville AR 72712 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Quicktrip/Wex Bank<br>5858 Westheimer Rd<br>5th Floor<br>Houston TX 77057 |
| BHG<br>201 Solar St<br>Syracuse NY 13204 | J Brock Rowatt<br>3501 N Causeway Blvd<br>Ste 800<br>Metairie LA 70003 | Quill<br>PO Box 37600<br>Philadelphia PA 19101 |
| Capital One/Walmart<br>PO Box 71083<br>Charlotte NC 28272 | John Deere Financial<br>6400 NW 86th St<br>Johnston IA 50131 | Sams Club<br>3260 Tinman Dr<br>Ste 175<br>Bensalem PA 19020 |
| CCMR3<br>318 S Clinton St<br>No 400<br>Syracuse NY 13202 | Kansas Dept of Revenue<br>Division of Taxation<br>120 SE 10th Ave<br>PO Box 3506<br>Topeka KS 66625 | Sams Club<br>PO Box 105980<br>Dept 77<br>Atlanta GA 30353-5980 |
| Central Bank of the Midwest<br>1420 NW Vivion Rd<br>Ste 105<br>Kansas City MO 64118 | Kramer & Frank PC<br>Attn David Page<br>11960 Westline Industrial Dr<br>Ste 180<br>Saint Louis MO 63146 | SBA<br>PO Box 3918<br>Portland OR 97208 |
| Communityamerica Cu<br>9777 Ridge Dr<br>Lenexa KS 66219 | Lamar Peterson<br>10425 Earnshaw St<br>Lenexa KS 66215 | Small Business Administration<br>14925 Kingsport Rd<br>Fort Worth TX 76155-2243 |

Vincent Aubrey Esq
1170 Peachtree St.
Ste 1925
Atlanta GA 30309

# United States Bankruptcy Court
## District of Kansas

In re **Personal Lawn Care LLC**
Debtor(s)

Case No. 
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Personal Lawn Care LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Lamar Peterson**
**10425 Earnshaw St**
**Lenexa, KS 66215**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 14, 2025** | **/s/ George J Thomas** |
| Date | **George J Thomas 19230** |
| | Signature of Attorney or Litigant |
| | Counsel for **Personal Lawn Care LLC** |
| | **Phillips & Thomas LLC** |
| | **5251 W 116th Place** |
| | **Suite 200** |
| | **Leawood, KS 66211** |
| | **913-385-9900** |
| | **geojthomas@gmail.com** |